UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

FARRELL ROBERT MURPHY,

        Plaintiff,

-against-                                       **CIVIL JUDGMENT**
                                                 08-CV-03390 (NGG)(LB)

CAPITAL ONE BANK, U.S.A. (NA);
GREENPOINT MORTGAGE; NORTH
FORK BANK & TRUST CO.; JAMAICA
SAVINGS BANK, F.S.C.,

        Defendants.
-------------------------------------------------------X

NICHOLAS G. GARAUFIS, United States District Judge:

    Pursuant to the order issued today by the undersigned dismissing the complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** The complaint is hereby dismissed.

For purpose of any appeal, the court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any in forma pauperis appeal would not be taken in good faith.

**SO ORDERED.**

                                          s/Nicholas G. Garaufis
                                          Nicholas G. Garaufis
                                          United States District Judge

Dated: Brooklyn, New York
       November 26, 2008